IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TEXTRON FINANCIAL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 09-926-JPG-PMF |
| | ) |
| SHILOH VALLEY EQUIPMENT CO., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled, including the counterclaim;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:** June 21, 2010

NANCY J. ROSENSTENGEL, Clerk of Court

By: s/Brenda K. Lowe, Deputy Clerk


APPROVED:   *s/J. Phil Gilbert*
            **J. PHIL GILBERT**
            **U. S. DISTRICT JUDGE**